No. A–863. Exxon Corp. et al. *v.* Environmental Protection Agency;

No. A–864. Texas Chemical Council *v.* Environmental Protection Agency; and

No. A–875. Harris County et al. *v.* Environmental Protection Agency. Applications for stay of mandate of the United States Court of Appeals for the Fifth Circuit, presented to Mr. Justice Rehnquist, and by him referred to the Court, denied. Mr. Justice Powell took no part in the consideration or decision of these applications.*

No. 73–1869. Beer et al. *v.* United States et al. Appeal from D. C. D. C. [Probable jurisdiction noted, 419 U. S. 822.] Case restored to calendar for reargument.

No. 74–742. Foremost-McKesson, Inc. *v.* Provident Securities Co. C. A. 9th Cir. [Certiorari granted, 420 U. S. 923.] Motion of Allis-Chalmers Manufacturing Co. for leave to file a brief as *amicus curiae* granted.

No. 74–1047. Hills, Secretary of Housing and Urban Development *v.* Gautreaux et al. C. A. 7th Cir. Motion of Housing Authority of Elgin, Ill., for leave to file a brief as *amicus curiae* denied.

No. 74–5822. Hampton, aka Byers *v.* United States. C. A. 8th Cir. [Certiorari granted, 420 U. S. 1003.] Motion for appointment of counsel granted. It is ordered that David A. Lang, Esquire, of St. Louis, Mo., be, and he is hereby, appointed to serve as counsel for petitioner in this case.

No. 74–1028. Terzian *v.* United States. Motion for leave to file petition for writ of certiorari denied.

*See also note, *supra,* p. 940.